IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH PINEGAR,** : | **CIVIL ACTION NO. 1:07-CV-0313** |
| **Plaintiff** : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **R. JAMES NICHOLSON,** : | |
| Secretary of Veterans Affairs, : | |
| **Defendant** : | |

## ORDER

AND NOW, this 21st day of May, 2008, upon consideration of plaintiff's motion to strike (Doc. 29) defendant's motion for summary judgment on the ground that the statement of material facts (Doc. 27) accompanying it is excessive in length, see L.R. 56.1 ("A motion for summary judgment . . . shall be accompanied by a separate, short and concise statement of the material facts. . . ."), and it appearing that the statement of material facts contains 129 numbered paragraphs and is thirty-three pages in length, and the court concluding that the length thereof is appropriately tailored to the claims and evidence involved in the above-captioned matter, and that the statement therefore violates neither the letter nor the spirit of Local Rule 56.1, it is hereby ORDERED that:

1. The motion to strike (Doc. 29) is DENIED.

2. Nothing contained herein affects plaintiff's briefing obligations established by Local Rule 7.6.

          S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge