# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH PINEGAR,** | : | CIVIL ACTION NO. 1:07-CV-0313 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JAMES B. PEAKE,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 6th day of May, 2009, upon consideration of plaintiff's complaint (Doc. 1), which names the occupant of the office of Secretary of Veterans Affairs as the defendant herein, and it appearing that the United States Senate confirmed the appointment of Eric K. Shinseki to such office on January 20, 2009, see 155 CONG. REC. S671 (daily ed. Jan. 20, 2009), and that a successor to a public office "is automatically substituted as a party" to an action against the office, see FED. R. CIV. P. 25(d), it is hereby ORDERED that:

1. Eric K. Shinseki is SUBSTITUTED as the defendant in the above-captioned action. See FED. R. CIV. P. 25(d).

2. The Clerk of Court is instructed to ADD Eric K. Shinseki as a defendant to this matter and to DROP R. James Nicholson and James B. Peak as parties hereto. See FED. R. CIV. P. 21.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge